IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JESSICA COOPER, *on behalf of herself and all others similarly situated*,
    Plaintiff,

v.                                    Civil No. 3:21cv112 (DJN)

HL COLLECTIONS INC., *et al.*,
    Defendants.

**ORDER**
**(Dismissing Case With Prejudice)**

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal (ECF No. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby DISMISSES WITH PREJUDICE all claims by Plaintiff against Defendants, with each party to bear its own fees and costs.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                            /s/
                                          David J. Novak
                                          United States District Judge

Richmond, Virginia
Dated: September 7, 2021